[No. 17041-8-II.   Division Two.   July 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ELLIS DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 93-1-00092-8, Roger A. Bennett, J., entered March 31, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 17153-8-II.   Division Two.   July 7, 1995.]

*In the Matter of the Estate of* CURTIS D. PELHAM, *Deceased.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85-4-00203-1, Leonard Costello, J., entered April 23, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan and Bridgewater, JJ.

[No. 17194-5-II.   Division Two.   July 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RENOLD SHUFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-00230-2, J. Kelley Arnold, J., entered May 20, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Houghton, A.C.J., and Fleisher, J.